**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Theresa McGrath, | ) | No. CV-11-960-PHX-SMM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Apria Healthcare, Inc., et al., | ) | |
| Defendants. | ) | |
| | ) | |

Pending before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 31.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

**IT IS FURTHER ORDERED VACATING** the status hearing set for **Monday, May 21, 2012 at 2:30 p.m.**

DATED this 4th day of May, 2012.

Stephen M. McNamee
Senior United States District Judge